**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-2232**

---

MISRAK AYALEW,

                                        Petitioner,

        versus

JOHN ASHCROFT, Attorney General,

                                        Respondent.

---

On Petition for Review of an Order for the Board of Immigration Appeals.  (A77-881-300)

---

Submitted:  July 29, 2003              Decided:  August 12, 2003

---

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Mikre-Michael Ayelle, Arlington, Virginia, for Petitioner.  Peter D. Keisler, Assistant Attorney General, Civil Division, Linda S. Wernery, Senior Litigation Counsel, John M. McAdams, Jr., Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Misrak Ayalew, a native and citizen of Ethiopia, petitions for review from the Board of Immigration Appeals' ("Board") order denying her motion to reconsider and reconsider en banc. We have reviewed the administrative record and the Board's order and find that the Board did not abuse its discretion in denying Ayalew's motion to reconsider. See 8 C.F.R. § 1003.2(a) (2003); INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny the petition for review on the reasoning of the Board. See In re: Ayalew, No. A77-881-300 (B.I.A. Sept. 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2